**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Shizue S. White, | ) | CV-14-1021-PHX-JAT |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Aurora Loan Services LLC, Nationstar Mortgage LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

For the reasons stated on the record at the hearing on June 11, 2014,

**IT IS ORDERED** that Plaintiff's motion for preliminary injunction (Doc. 6) is granted.  Defendants (in all their capacities) are enjoined from conducting a Trustee's Sale of the residence at 11126 Nocturne Court, Sun City, AZ 85351, until this injunction is dissolved by this Court, conditioned on Plaintiff posting a bond of $1.00 by Monday, June 16, 2014.

DATED this 11ᵗʰ day of June, 2014.

James A. Teilborg
Senior United States District Judge